AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Kelly<br><br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00389<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 04/21/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ Kenneth Kelly _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment      ❐ Superseding Indictment      ❐ Information      ❐ Superseding Information      ☒ Complaint

❐ Probation Violation Petition      ❐ Supervised Release Violation Petition      ❐ Violation Notice      ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2021.04.21 17:06:00 -04'00'

Date: _____04/21/2021_____

_Issuing officer's signature_

City and state:     _____Washington, D.C._____          Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 4/23/21 , and the person was arrested on _(date)_ 4/23/21<br>at _(city and state)_ Ocala, FL .<br><br>Date: 4/23/21<br><br>_Arresting officer's signature_<br><br>Todd Myers, Special Agent<br>_Printed name and title_ |