## UNITD STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Case No: 1:21-cr-00331 |
| v. | : |
| | : |
| **KENNETH KELLY,** | : |
|     **Defendant.** | : |
| | : |

### NOTICE OF APPEARANCE

**COMES NOW**, **GEORGE E. TRAGOS, ESQ**. of Tragos Sartes & Tragos PLLC, and hereby gives notice of appearance as counsel of record for the Defendant, **KENNETH KELLY**, in the above-styled cause.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of May 2021, the foregoing document was filed through the ECF Portal.

                                     **TRAGOS, SARTES & TRAGOS, PLLC**

                                     */s/ George E. Tragos, Esq.*
                                     **GEORGE E. TRAGOS, ESQ.**
                                     Florida Bar No. 184830
                                     E-mail: george@greeklaw.com
                                     2363 Gulf to Bay Blvd, Ste 100
                                     Clearwater FL 33765
                                     PH:   (727) 441-9030
                                     Secondary E-mail: dawn@greeklaw.com