UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                        Case No. 21-cr-331

KENNETH KELLY,

        Defendant.
_____/

## ORDER

**THIS CAUSE**, having come on to be heard before the Court, and the Court having reviewed the file, and otherwise being fully advised it is hereby:

**ORDERED AND ADJUDGED:**

1. The Defendant's Unopposed Motion for Continuance of the Status Conference on July 8, 2021, is hereby **GRANTED.**
2. This case is so unusual and complex that additional time for preparation is needed. The end of justice would be served by granting this continuance. The 60 days between this Status Conference and the next, shall be excluded under the Speedy Trial Act.

**DONE AND ORDERED** in the District of Columbia on this _____ day of July 2021.

_____
Judge Kollar-Kotelly