UNITED STATES DISTRICT COURT
FOR THE DISTRICE OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                        Case No. 21-cr-331

**KENNETH KELLY,**

    Defendant.

## WAIVER OF SPEEDY TRIAL ACT

**COMES NOW** the Defendant, **KENNETH KELLY**, and hereby waives his right to a speedy trial in reference to the above cause and would state:

1. The Defendant, **KENNETH KELLY**, agrees that the time between July 8, 2021, through and including September 2, 2021, shall be excludable time, as defined by the Speedy Trial Act 18 U.S.C. 3161, as this case is unusual and complex and additional time is needed.

2. Defendant, **KENNETH KELLY**, further believes that the end of justice would be served by this continuance and excludable time.

**WHEREFORE**, the Defendant, **KENNETH KELLY**, by his attorney waives his right to a speedy trial in reference to the above cause.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on the 19th of July, 2021, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby causing a true

and correct copy of the foregoing to be delivered to the following:

hava.mirell@usdoj.gov.

                                        **TRAGOS, SARTES & TRAGOS, PLLC**

                                        */s/ George E. Tragos, Esq.*
                                        **GEORGE E. TRAGOS, ESQ.**
                                        Florida Bar No. 184830
                                        E-mail:  george@greeklaw.com
                                        */s/ Peter A. Sartes, MBA/JD*
                                        **PETER A. SARTES, MBA/JD**
                                        Florida Bar No. 582905
                                        E-mail:  peter@greeklaw.com
                                        2363 Gulf to Bay Blvd, Ste 100
                                        Clearwater, FL 33765
                                        PH:   (727) 441-9030
                                        Secondary E-mail: naomi@greeklaw.com