# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KENNETH KELLY,

Defendant

Criminal Action No. 21-331 (CKK)

## ORDER
(November 22, 2021)

The Court is in receipt of Defendant's [29] Unopposed Motion to Amend Terms of Pretrial Release. Pursuant to the [12] Order Setting Conditions of Release, Defendant is required to "notify Pretrial Services of the Middle District of Florida in advance of any travel outside of the Middle District of Florida" and he must "receive the Court's approval for any travel outside the Continental United States." In his [29] Motion, Defendant indicates that he is "currently involved in a divorce" and that his wife and children have moved to Hawaii. He seeks an order "allow[ing] for travel to Hawaii, under the same conditions as all other travel." Mot. at 2. In other words, it appears that Defendant seeks to modify his conditions of release so that he only needs to "notify Pretrial Services" before any travel to Hawaii, instead of requiring him to obtain Court approval to do so. Despite Defendant's changed family circumstances, the Court sees no reason to depart from the condition requiring Defendant to obtain the Court's prior approval before traveling "outside the Continental United States," and so shall continue to require him to do so. It is this 22nd day of November, 2021 **ORDERED** that Defendant's [29] Motion to Amend Terms of Release is **DENIED.**

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge