**EXHIBIT B**







22

















30



