**EXHIBIT C**



Dr. Kenneth Kelly

Vala Sprinkle <valasprinkle@yahoo.com>
To: George Tragos
Cc: Paralegal

Tue 6/22/2021 8:45 PM

To whom it may concern:

I met Dr. Kelly in the emergency room in Clovis New Mexico. My mother had broken her hip and he was treating her. My mother and I were very impressed at how concerned he was for her well-being.

He became my friend and doctor as I had been diagnosed with rheumatoid arthritis. He has given me hope, words of encouragement, and I have found him to be extremely caring and considerate of he's patient's well-being.

To hear of Dr. Kelly's legal problem has broken our hearts, I pray you will be lenient towards him.

Thank you for your time:

Vala Sprinkle

Sent from my iPhone





FW: Ken Kelly

From: Cheryl Pierce [mailto:cherprc@yahoo.com]
Sent: Thursday, June 17, 2021 12:28 PM
To: George Tragos <george@greeklaw.com>
Subject: Ken Kelly

Hava Mirell, AUSA
321 North Soring St. 1100
Los Angels, Ca 90012

Reference: Kenneth Kelly Character Reference

To whom it may concern,

I am sending this email regarding Dr. Kenneth Kelly. I met Dr. Kelly while working at Advent Healthcare in Ocala Florida in the emergency department approximately little more than one year ago. During the time that I have worked with Dr. Kelly, I have witnessed his compassion for caring for others. Dr. Kelly is a very compassionate, dedicated, caring man, both on and off the clock. He met his requirements at work and exceeded them, all the while making each patient feel like they were the only patient he was caring for. I have seen him sit and hold the hand of an elderly woman that was critical so she wouldn't be alone while her husband stepped away to make a call and grab a quick cup of coffee, a task a nurse or medic could have easily done, but he took the extra time and you could see that he was genuinely happy to do so. To see a physician do this would be a surprise to most people, but this was truly just a normal thing when working with Dr. Kelly. He truly has a desire to help and make the community better through not only medicine, but just by being a wonderful caring person.

Dr Kelly has been known to stay after shift almost daily, off the clock, helping those in need. He has stayed on multiple occasions counseling those battling addictions, providing emotional support, medical knowledge, community service information for their addictions, and even just provide a listening ear to some. He donates his time frequently to the community that he lives in and communities in need. Dr. Kelly has also been involved in donating medical supplies to communities that are without any access to medical care. He has previously and recently been involved in outreach missions donating physical items, his time and his medical services free of charge. He has also been working on a project to service a remote area in Africa as part of an outreach mission that his is excited about helping.

Dr Kelly has been seen taking time to get to know the staff, both those like-minded and those that are complete opposite of him, and express genuine interest in how each of them are doing was concerned about a staff members sick child, and stayed after shift hours to advocate for her and her child to get the help they needed. Regardless of differences, each and every staff member from environmental up to administration all see how Dr Kelly impacts our community for the better, how he is gracious and truly is invested in our hospital, our town and its citizens. He has made a huge difference in our hospital in the time he has been with us as well.

I hope this gives you an idea of how truly selfless Dr. Kelly is and what a positive impact he has on his family, his coworkers, his patients and his community. He is truly a blessing to all of us.

Thank you for your time and consideration,

Cheryl L Gillan
cherprc@yahoo.com
352-812-0676



FW: Kenneth Kelly

George E. Tragos, Esq.
(727) 441-9030
2363 GULF TO BAY BLVD.,
SUITE 100  CLEARWATER, FL 33765
GEORGE@GREEKLAW.COM
WWW.TRAGOSLAW.COM

-----Original Message-----
From: Vala Sprinkle [mailto:valasprinkle@yahoo.com]
Sent: Thursday, June 17, 2021 12:05 PM
To: George Tragos <george@greeklaw.com>
Subject: Kenneth Kelly

Honorable Judge:

I would like to tell you about the Dr. Kelly my family knows.  Our Mother broke her hip at age 80… that was five years ago when  Dr. Kelly saw her in the emergency room.  He was very compassionate and truly cared for our mother's well being whom he had just met.   Dr. Kelly recommended a hospital for surgery 100 miles away.  We took our mother there and after a couple of days Dr. Kelly showed up there to check on her.  We had never met Dr. Kelly before and he's never cared for our mother before but he was so compassionate for his patients he drove to see her.  Still to this day we have his personal cell number and call for various things for my mother as well as just to keep in touch. Dr. Kelly is a very caring doctor and I hope you will be as compassionate.

Thank you for your time

Kip DeFoor
Vala Sprinkle

Sent from my iPhone

Dear George,

I want to thank you for representing Ken and feel strongly led to send you this letter.

Ken has been a part of my life since I married his Father in 1982. He was in college pursuing a career in the medical field at the time.

His Father and I have always admired his diligence and determination in doing what he felt was the right thing to do and how he worked passionately to attain the goal set before him.

He has, as long as I have known him, had a compassionate heart and wanted to help people and make the world a better place. He has never chosen to help one above another. He helps everyone regardless of race or income. It has never been about how much he will get out of it. It has been how he can help.

He has been a wonderful son to his Dad and me. Always been here for advice or to help in any way. He has been just a phone call away or if the need arose a plane flight away. He was always very involved in his Dad's health and making sure he got the best doctors and medical care. He stood by me in the death of his father and helped in so many ways as he came with his family and stayed with me.

He is a caring and loving Father to our precious grandchildren. He had tried to be the head of his family and worked passionately to provide for them day by day.

I have watched over the years as Ken has developed a relationship with Jesus Christ as he sincerely seeks God's will for his life. We have had many conversations about God's Word and God's purpose and plan for him. His focus is to help those around him and make the world a safe and better place for his kids and those he loves. But he doesn't stop with just those he knows, he cares about everyone and is not a respecter of persons. If Ken knows there is a need, he seeks to see how he can help and doesn't stop until he has done all he can do to provide a solution as he asks God's wisdom in the process.

I am very proud of my son and what he stands for. If more people has his passion for life and seeking God's will, this world would be a much better place. If Ken tells you something you can count on it being the truth. His has integrity and a zeal that no man can stop because it comes from The Holy Spirit in him.

I pray for him daily and I am praying for whoever reads this letter because I believe prayer changes things and I want the best for my son. I want this world to be a better place for our Grandkids and I believe Ken makes a difference in everyone life that God puts in his path.

Thank you for taking the time to read this and I pray God will touch hearts and help those involved to know the truth and allow Ken the freedom to continue being the helpful Healthcare provider he has always been.

Sincerely,

Cindy Kelly

Abundant Life



38

Kenneth Kelly

Kip DeFoor <kdefoor@portalesschools.com>
To: George Tragos
Cc: Paralegal

Tue 6/22/2021 8:30 PM

To whom it may concern:

I would like to tell you about the Dr. Kelly we know. My mother broke her hip about five years ago at age 80. Dr. Kelly was the emergency room doctor on call that night. He was very compassionate and I could tell he truly cared for our mothers well-being whom he had just met. Dr. Kelley recommended a hospital for surgery 100 miles away as we live in a very small rural town. We took our mother there and they replaced her hip after a couple of days still in the hospital Dr. Kelly showed up there to check on her! My brothers and sisters have never met Dr. Kelly before and he's never cared for a mother before but he was so compassionate for his patience he drove to see her , on his day off. Still to this day I have his personal cell number and call for various things my mother might be up against healthwise and he is always checked in on her. Dr. Kelly is a very caring doctor and I hope you will be as compassionate.

Thank you for your time

Kip DeFoor

Sent from my iPhone

**M.A. Peedin Construction**
Builder License #RBB 22995

May 9 2021

Your Honor

I am Ken Kelly's stepfather and have been a part of his life for the last 30 years. All that time he has been dedicated to helping others and saving lives as an ER doctor. In 1999 while practicing at Swedish Ballard hospital in Seattle he formed an organization made up of nurses, other medical people and business people to assist the poor and underprivileged elderly people who were in and out of the hospital. They secured and provided for them at no cost wheelchairs, walkers, shower chairs and many other items they needed. He rented a storage unit where they collected and stored the equipment and sterilized it for the next user. He even got them laptops and taught them to use the internet. He has a generous heart and has done a lot of good for a lot of people. I am sure he intended no one any harm when he attended the Jan. 6 protest and left immediately as soon as he realized what was happening. He has helped me through dark times in my life

P.O. Box 70879 • Myrtle Beach, SC 29572
Cell (843) 385-3831 Phone • builderpeedin@wmconnect.com

when I had a failed business and I am so grateful for him. Thank you for allowing me to share these remarks.

M.A. Peedin

40

June 23, 2021

Dear Ms. Mirell

I have known Dr. Ken Kelly for more than 10 years. He and I worked together at Alta Vista Medical Center in Las Vegas, New Mexico several years ago. Our hospital had a contract to cover the physician services with the company that Dr Kelly worked with at the time. He was the Medical Director of our Emergency Room for many years. I was the Chief Executive Officer of the hospital and Dr. Ken Kelly worked very closely with him for several years.

Dr. Kelly not only was the leader of our Emergency Department taking care and saving lives of thousands of patients from all over the area, but he also did a lot of community service during his personal time. During the Christmas holidays, Dr. Kelly would go around the community gifting food baskets to people in need. He purchased all items from his own money. In many occasions he presented to civic groups topics of first aid, stroke and heart attack symptoms and what to do about them. He also would speak on the radio shows that the hospital sponsor about healthcare education to the public. All these volunteer public services that Dr. Kelly did were done during his own personal time.

Most recently, Dr. Kelly was working in Clovis, NM and we have taken care of some of his patients in our hospital in Lubbock, TX. Throughout all these years, Dr. Kelly and I have always stay in touch.

Dr. Kelly is one of the most dedicated, honest, sincere, high integrity, hardworking professional I have had the pleasure of working with. He is also compassionate, kind and never misses the opportunity to help people in the community he serves.

Dr. Kelly is the type of person you can count on to keep a room calm in a stressful situation, and his positive attitude is contagious. He has been a true friend & colleague all these years and I am grateful that our paths crossed when they did so many years ago.

Respectfully,

Maridel Acosta-Cruz
CEO Lubbock Heart Hospital
4810 N Loop 289 Lubbock, TX
Mobile: 575-315-4829

To whom it may concern,

This letter is intended to reflect my personal thoughts on Dr. Kenneth Kelly, from the standpoint of a physician colleague who has worked closely with him up to the recent past.

First and foremost, without a doubt in my mind, Ken is an amazing person. I have personally witnessed him working in the Emergency Department on many occasions, and feel I have witnessed enough to come to this determination. Few of my colleagues stay late to personally take care of their patients, we usually sign out to oncoming physicians. Ken continually stays to care for patients he has started seeing in the ER (well after his shift ends). He sits and explains to patients and their families and is one of the most compassionate physicians I have personally seen.

Today, we unfortunately have a large segment of the population with drug/ alcohol abuse and severe untreated mental health. Resources are limited for these individuals and they seek refuge in the ER frequently. Out of all the people I have worked with, no one compares to Ken with regards to the empathy and care he gives each of these patients. He represents what other physicians should strive to become, and he connects with these patients on a very real and personal level.

Now I know that my experience with Dr. Kenneth Kelly has primarily been at work in the ER, but I have been around many highly trained and well educated individuals and feel I have developed a great sense for underlying character. This man defines it. I can say that without hesitancy. I would allow him to care for and treat my family, and that is something I do not take lightly.

I appreciate your time greatly.

Sincerely,

RB MD

Ryan Day, MD, FACEP

**Robin Kelly-Goss**
708 W Church St
Elizabeth City, NC 27909
(252) 619-7918

December 15, 2021

Dear Judge Kollar-Kotelly,

My name is Robin Kelly-Goss. I am the younger sister of Dr. Ken F. Kelly. I am writing to tell you of my brother's character and to ask that you offer him leniency.

Ken is a kind man and is dedicated to his family above all else, especially his 3 young children. He is caring and well liked by co-workers and employees. He makes his patients feel special and heard and safe.

My brother and I started Mahala Love, a non-profit dedicated to helping people have access to quality food and health care. We developed a community garden 3 years ago in KwaMhlanga, Mpumalanga, South Africa and are set to launch the telemedicine phase of our project in February, 2022, where Ken will provide free healthcare to our partner school, Musawenkosi Christian Academy and The Joyous House of Safety orphanage. There are approximately 140 students who are infected/affected with HIV and are some of South Africa's most vulnerable children. I am happy to provide more information if you wish. Ken's freedom to work is much more than about his personal freedom, it is also about his ability to serve and help others. Limiting his freedom would not serve justice as much as it would harm those he will help.

When Ken was in college, every year he would take my grandmother to the mountains for the weekend to see the leaves change and then frame pictures they had taken together. He did this until she became too old to travel. I tell you this because it is a good representation of my brother's character, of how he chooses to spend his time.

There are so many examples I could give of Ken's large heart. When I was contacted by the FBI, it was not difficult to answer the questions which seemed so out of character to the man that I have known for 55 years. I was asked if he was dangerous or if I thought he would harm anyone. Nothing could be further from the truth. If I had to sum him up in one statement, I would say, my brother spends his life helping people. He is truly an asset to the people he comes into contact with.

I ask that you will take these thoughts into consideration and allow Ken to continue his life's work of helping people. Thank you for taking the time to read this.

*Robin Kelly-Goss*

Robin Kelly-Goss

43

James G. Knight MD
PO Box 6580
Santa Fe, NM 87502-6580

Phone: (505) 989-9439
Email: JGKMD@KnightUrology.com

Date: June 12, 2021

Re: Dr. Ken Kelly

To Whom It May Concern:

I have known Dr. Ken Kelly for about 10-years. He is a sincere, dedicated, honest and ethical physician who provides superb critical care to emergent patients in some of our county's most challenging health care environments.

In 2010 I first met Dr. Kelly when I was Chief of Staff of a small rural New Mexico hospital. At that time, Dr. Kelly was tasked as the new Emergency Department Director to "repair" a highly dysfunction Emergency Department; a task which he achieved both quickly and professionally.

As Chief of Staff, I personally observed Dr. Kelly's kind, compassionate and highly competent care of numerous critically ill E.R. patients in this small critical need hospital. And, as Chief of Staff, I am highly aware of the significant challenges critical need hospitals face in finding and retaining competent physicians who both can and will provide high quality emergency care in an environment lacking many of the advanced resources available to physicians in larger urban hospitals.

Dr Kelly's whole career has been as an Emergency Room physician in mostly rural communities. Without these essential dedicated providers, people in rural communities face a much higher risk of dying or severe disability because of delayed access to care. These physicians are truly invaluable community assets and on balance give far more than they receive.

Certainly, impairing Dr. Kelly's ability to provide critically needed care to the current and future communities he serves, will not improve patients' access to critically needed health care.

Sincerely,

*James G. Knight*
James G. Knight MD

Rodney Savage
325 S Roosevelt Road P
Portales, NM  88130
11.18.2021 cell 575.799.7775
rodneyosavage@gmail.com

To: Judge Kollar-Kotelly

Dear Judge Kollar-Kotelly,
My name is Rodney Savage and I reside in the small community of Portales, New Mexico.  I have lived and worked in this community for 45 years as a vocational agriculture instructor.  I have served on the Portales School Board since 2003, having held virtually every office in that time.  I am also serving my county as a County Commissioner and thus stay involved in community affairs.
Sir, I am writing this letter to attest to the dispatch and courage with which Dr. Ken Kelly performs his duties as a physician.  Just this past week he made house calls on three elderly patients who are personal friends of mine.  Two of which had contracted COVID and were so extremely ill they could not, or would not, go to the hospital for treatment.  Dr. Kelly put his own life in danger by going into their disease ridden homes and subjecting himself to this terrible virus. He began treatment and soon turned them around.  This type of selfless service is not just greatly appreciated in our community, but desperately needed!
Dr. Kelly also came to my home for a basic exam to establish care.  During a routine physical exam in diagnosed me with a previously undiagnosed heart murmur.  It should be noted this was missed by several other physicians that I have recently seen, before finally receiving a new hip.  Most impressive, Dr. Kelly finished his exam about 6:00 pm on a Friday, left my house for yet another house call, but before he was gone five minutes called me with an appointment with a cardiologist in Lubbock, Texas for that very Monday morning.  Normally a referral to Lubbock takes a good month!  Dr. Kelly did not just make a referral, he actively cut through all the red tape and called Dr. Shariff himself to explain the situation and set up the appointment.  Dr. Kelly made his diagnosis on a Friday and before noon on Monday I had an electrocardiogram that confirmed his diagnosis.
I cannot emphasize enough how in demand the kind of practice he is establishing in our rural community is.  Many elderly patients who suspect they have contacted COVID or in need of a physician are reluctant to go because it means long waits in uncomfortable, cold waiting rooms full of sick and likely contagious people.  If they were not sick before they went, they are by the time they leave!  This method is the exact opposite of social distancing.  Dr. Kelly's innovation of going to the patient is far more logical.  We need and want Dr. Kelly in our community.  Physicians of his caliber are impossible to find and keep in communities such as ours.
I humbly request he be allowed to continue practicing medicine as he is making a significant and positive contribution to the war against COVID as well as meeting the needs of many other patients, especially the elderly who are so underserved in this rural community.  Thank you for your time and consideration.
Respectfully requested,

*Rodney Savage*

Rodney Savage
Portales Municipal School Board Secretary
Roosevelt County Commissioner District II

June 14, 2021

To Whom It May Concern:

My name is Robert Kelly-Goss. I am Dr. Ken Kelly's former brother-in-law. I have taken it upon myself to write this letter in support of Dr. Kelly during this very difficult time.

In light of recent events, I understand that Dr. Kelly is under scrutiny by the federal government. While so much is being said about the people who entered the nation's capitol on January 6, 2021, I would like to offer my thoughts on Dr. Kelly's character. While he and I hold different political views, in the great tradition of this nation, it is no reason for disparity, division, or character assassination. Dr. Kelly is and always has been a man of good character, and a physician who has cared deeply about his patients and their wellbeing.

Since I have not spoken to him about his participation on January 6, I cannot speak to the events directly. I can, however, having known him for more than thirty years, tell you that Dr. Kelly was not nor is he now a threat to this nation. He is a hard working man who loves his family and has a deep regard for what is right. I have known him since his days in medical school. His drive and dedication to the medical profession is unparalleled in my opinion.

Dr. Kelly's contribution to society, to his profession, to his family and the communities in which he has lived have been praiseworthy and should be acknowledged as he is scrutinized during this difficult time. I beseech you to please consider the future of a man who desires to do good, heal others, and contribute to the wellbeing of humanity. He is a good man who, to paraphrase the Hippocratic oath, seeks to do no harm.

Thank you and best regards,
Robert Kelly-Goss
407 Westover St.
Elizabeth City, NC 27909



11-08-2021

Dear Judge Kollar-Kotelly,
I am writing regarding a character reference for Kenneth F. Kelly, MD.
I have a successful insurance agency/brokerage in Albuquerque and have been working with Dr. Kenneth Kelly on placing his Medical (malpractice) Professional Liability insurance program. There is no doubt that Dr. Kelly will be an excellent servant to New Mexico as a highly experienced healthcare provider.
Dr. Kelly has practiced emergency medicine for 25 years.  During this time, he has developed a strong reputation for compassionate and quality care for his patients.  He is a medical industry leader in telemedicine.  His telehealth new venture will touch countless New Mexico individuals in need of medical assistance.  Further, he is focusing his practice on the most rural areas of New Mexico that will offer medical care at a level never experienced in these underserved areas.  His expertise and practice will have immediate and meaningful impact in a state that is suffering form an enormous shortage of healthcare providers, especially physicians with his qualifications.
New Mexico welcomes, Kenneth Kelly, MD and his practice, <u>Doctors House Call</u> to our underserved state!
Please do not hesitate on contacting me at (505) 270-6938 or at bob@mesamedicalins.com.

Warmest Regards,

**Bob Kellogg**
Mesa Medical Insurance Agency
8100 Wyoming Blvd, NE, Suite M4-252
Albuquerque NM 87113

06/15/2021
Re: Dr. Ken Kelly
To Whom this may concern,
I am writing to you on behalf of Dr. Ken Kelly, a capable and competent physician who I had the distinct pleasure of working alongside as a Registered Nurse and then Director of Surgical Services at a hospital in New Mexico. Dr. Kelly is expert as expert gets in the healthcare field and emergency medicine. He is highly respected, multitalented and an extraordinary individual. I met Dr. Kelly around 2011 and have since then viewed him as a kind and caring individual who went to great lengths to have a positive impact on humanity. His community involvement on a regular basis was extraordinary and contributed greatly to the health and wellbeing of the town where we worked. I attribute my success as a leader at the hospital where we worked together to my experiences working with him personally and with the department that he led. I am now a consultant and expert in troubleshooting toxic culture in healthcare organizations and am called upon regularly to "change the culture". I know that the successful culture of an organization begins with caring and engaged physicians like Dr. Kelly. The positive impact of his leadership on the lives of so many is both immeasurable and invaluable. We had a lot of fun! We also delivered top notch healthcare to patients. I attribute all the afore mentioned to Dr. Kelly's love for people as well as his expertise and having the best interests of his people and patients at the forefront of his intention.

During the time I have known Dr. Kelly, I have come to regard him as a trustworthy person of high integrity who is delightful, hardworking and a dedicated family man. The world is a better place with people like Dr Ken Kelly.

Sincerely,

Melanie Scott MSN, RN, CSSM