UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                Case No. 1:21-cr-00331

**KENNETH KELLY,**

        **Defendant.**

_____/

**DEFENDANT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49**

The Defendant, Kenneth Kelly, hereby gives notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to the Defendant's sentencing. The exhibits are as follows:

1. Defendant Exhibit 1 was provided to the Court and opposing counsel via USAfx on January 7, 2022. Defendant Exhibit 1 is a video captured via CCTV in the United States Capitol Building and is approximately 1m:05s in length. The events depicted in Defendant Exhibit 1 occurred at approximately 3:00:20 PM, on January 6, 2021.

2. Defendant Exhibit 2 was provided to the Court and opposing counsel via USAfx on January 7, 2022. Defendant Exhibit 2 is a video captured via CCTV in the United States Capitol Building and is

approximately 1m:52s in length. The events depicted in Defendant Exhibit 2 occurred at approximately 3:03:23 PM, on January 6, 2021.

3. Defendant Exhibit 3 was provided to the Court and opposing counsel via USAfx on January 7, 2022. Defendant Exhibit 3 is a video captured via CCTV in the United States Capitol Building and is approximately 0m:43s in length. The events depicted in Defendant Exhibit 3 occurred at approximately 3:06:05 PM, on January 6, 2021.

4. Defendant Exhibit 4 was provided to the Court and opposing counsel via USAfx on January 7, 2022. Defendant Exhibit 4 is a video captured via CCTV in the United States Capitol Building and is approximately 0m:34s in length. The events depicted in Defendant Exhibit 4 occurred at approximately 3:06:40 PM, on January 6, 2021.

5. Defendant Exhibit 5 was provided to the Court and opposing counsel via USAfx on January 7, 2022. Defendant Exhibit 5 is a video captured via CCTV in the United States Capitol Building and is approximately 0m:32s in length. The events depicted in Defendant Exhibit 5 occurred at approximately 3:07:10 PM, on January 6, 2021.

        **TRAGOS, SARTES & TRAGOS, PLLC**

*/s/ George E. Tragos, Esq.*
**GEORGE E. TRAGOS, ESQ.**
Florida Bar No. 184830
E-mail:  george@greeklaw.com
**PETER A. SARTES, MBA/JD**
Florida Bar No. 582905
E-mail:  peter@greeklaw.com
2363 Gulf to Bay Blvd, Ste 100
Clearwater, FL 33765
PH:   (727) 441-9030
linda@greeklaw.com
paralegal2@greeklaw.com

3