## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                        **Case No.: 1:21-cr-00331**

**KENNETH KELLY,**

       **Defendant.**

_____/

## DEFENDANT'S NOTICE OF FILING CHARACTER LETTERS

The Defendant, Kenneth Kelly, hereby gives notice, of the following exhibits that are provided to the Court and all counsel in relation to the Defendant's sentencing. The contents of this notice of filing are as follows:

1.  January 7, 2022 letter from Clarence J. Vincent, M.D., on behalf of the character of Defendant, Kenneth Kelly.

2.  January 7, 2022 letter from Joan Mason, on behalf of the character of Defendant, Kenneth Kelly.

3.  November 23, 2021 letter from Elias N. Matsakis, Esq., on behalf of the character of Defendant, Kenneth Kelly.

Respectfully Submitted,

**TRAGOS, SARTES & TRAGOS, PLLC**

*/s/ George E. Tragos, Esq.*
**GEORGE E. TRAGOS, ESQ.**
Florida Bar No. 184830
E-mail:  george@greeklaw.com
**PETER A. SARTES, MBA/JD**
Florida Bar No. 582905
E-mail:  peter@greeklaw.com
2363 Gulf to Bay Blvd, Ste 100
Clearwater, FL 33765
PH:   (727) 441-9030
linda@greeklaw.com
paralegal2@greeklaw.com

January 7, 2022

Your Honor,

I have known Ken, (Dr. Kenneth Kelly) for approximately 5 years. I was very much impressed the first time I met him and his family how he displayed compassion and gentleness with his children, who will need him, now, more than ever while growing up. Ken is a compassionate caring and kind gentleman.

His knowledge of medicine and how he cared for and treated his patients is impressive. He made house calls for his patients who were too ill to come to him, which is a rarity in today's world of medicine.

We need more physicians such as Dr. Kelly, especially during this horrific Covid pandemic to care for the needing patients.

Respectfully,

Clarence J. Vincent

Clarence J. Vincent, MD

January 7, 2022


Judge Kollar-Kotelly
RE: Dr. Kenneth Kelly


Dear Judge Kollar-Kotelly,

My name is Joan Kelly Mason.  Ken is my nephew, son of my late brother. Of course, I have known Ken since birth and observed his upbringing within his immediate and extended loving family to include later his marriage and birth of three children.

Ken grew up in a small Arkansas community, graduating from high school, and working hard to achieve the education needed to become a medical doctor.  I never lived in the community of his medical practice, however, as his aunt, I observed the many times through the years, his professionally consulting with doctors concerning members of our family. Of special importance to me was being able to call on him during the sickness and decline of my mother, his grandmother. I know also, his professional consulting with his dad's doctors, gave peace of mind and reaffirmation concerning his heart and cancer diseases. I know Ken to be a loving father and husband, being concerned for their future welfare.

I understand and respect the fact that Ken has pled and found guilty of a misdemeanor during the time of the Jan. 6, 2020 action in Washington, DC. I am writing, asking for leniency to consider his professional future and being able to retain professional status in his medical practice.

Thank you for your consideration.

Sincerely,



Joan Mason
404 Huntcliff Drive
Jonesboro, AR  72404
joaned@suddenlink.net
(870)926-3596

# LAW OFFICES OF ELIAS N. MATSAKIS

_____

Elias N. Matsakis, Esq.
elias@matsakislaw.com
phone: 312.728.3223
cell: 312.415.5700
fax 312.728.3225

November 23, 2021

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Court
3ʳᵈ & Constitution Avenue N.W.
Washington D.C. 20001

      RE: Ken F. Kelly, MD

Dear Judge Kollar-Kotelly:

I am writing to you to share some insights into Dr. Kelly's character as you consider his appropriate sentence.

I have served as Dr. Kelly's attorney in numerous engagements over the past many years relative to his calling as a physician dedicated to the best interests of patients. In that role, I have developed a unique insight into his character and integrity, as well as, having become familiar with his contributions to society both as a physician and from his many service activities. Perhaps most significantly, I have come to know the man whose future is in your hands.

### Dr. Kelly the Physician.

Throughout my representation of Dr. Kelly, I have known him to be the consummate physician who consistently has gone above and beyond in addressing the critical care needs of his patients and guiding them toward health following discharge. I have had numerous occasions to communicate with his professional colleagues who have confirmed that he displays a one-of-a-kind dedication to the practice of medicine. In sum, Dr. Kelly has a unique ability to help patients become partners in their own health with the result that patient satisfaction and outcomes are improved.

In the most recent Covid-19 pandemic, Dr. Kelly was on the front lines and indefatigable in treating the torrent of critically ill persons streaming to his hospital emergency rooms. As significant, for many years prior, he has innovated ways to help patients in rural areas. For example, for a small rural hospital, he obtained access to specialty care using state-of-the-art telemedicine cameras enabling board certified neurologists to examine patients in that ER remotely in time to permit them to receive use of

368 West Huron Street  •  Suite 100  •  Chicago, IL 60654  •  Phone 312 728.3223 • Fax 312.728.3224

www.matsakislaw.com

high impact drugs. Use of this technology aided by the specialized training he undertook greatly enhanced these patients' prospects for recovery. It also saved the involved health systems substantial savings by avoiding expensive long-distance transfers. Recently, Dr. Kelly has made house calls to critically ill Covid-19 infected patients and administered therapies that prevented hospitalization via use of a specially equipped van and trained clinicians. The result was the same – life saving interventions for patients otherwise without access to care. These are but two examples of the personal care and life saving interventions that have defined his life the 30 years since he graduated from Medical School. Most significantly, he has afforded them access to care options otherwise not attainable for them

### Dr. Kelly's Potentially Transformational  Not for profit work.

In 2017, Dr. Kelly and his sister, Robin Kelly-Gross formed Mahala Love to provide "four pillars of support" in regions with indescribable need. These four pillars are access to clean water, proper nutrition, shelter, and quality healthcare. Working with local charities they were able to develop a two-acre community garden not only providing healthy food to an orphanage of HIV infected children in South Africa but also to teach them how to provide for themselves, Dr. Kelly is using his telemedicine expertise to install a technology bridge to enable these children to obtain the healthcare assessments and interventions they require. Dr. Kelly is active in recruiting other funding, such as the pledge from Nakamoto Labs to allocate 5% of a new blockchain initiative to support Mahala Love.

### Dr. Kelly, the man.

I know Dr. Kelly to be deeply spiritual and throughout his professional life, he has been fully dedicated to the needs of his patients. He has been especially committed to helping all persons to have access to quality and personalized healthcare. In my professional dealings with him, Dr. Kelly's approach to both opportunity and conflict are the same – to do the right thing. On more than one occasion, he has chosen to support a friend, colleague or business partner even when the result was to his own personal or financial detriment. Before acting, he has always insisted that we consult those persons affected to obtain their input and consent. He advocates hard for patients to assure they receive the care they deserve. I have always admired his devotion to principle and to his patients.

I sincerely hope that in determining his sentence and as you look assess his conduct on January 6th, you determine that it does not warrant a sentence that would impede him or worse yet prevent from continuing his lifetime of service. Our country will be stronger if Dr. Kelly is permitted to resume his practice of medicine in an unrestricted manner. Since he surrendered, Dr. Kelly has been unable to practice his profession or support his family. He has thus already suffered deeply for having entered the Capitol ever so briefly and I pray that this Court exercise its discretion to not subject him to any confinement but instead permit him to serve his community by being permitted to actively care for the ill and continue to work on his most significant charitable endeavors.

Thank you for permitting me to offer my thoughts.

Sincerely yours,

Elias N. Matsakis